IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRAVIS WHITE                                                         PLAINTIFF

V.                                                  CIVIL ACTION NO. 5:05cv165-MTP

UNKNOWN COLLINS, et al.                                    DEFENDANTS

**FINAL JUDGMENT**

This cause having come before the court on the Defendants' Motions for Summary Judgment [71] [94], and *sua sponte* for evaluation pursuant to 28 U.S.C. § 1915(e)(2), and a decision having been duly rendered by separate Opinion and Order [104],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g). All pending motions are denied as moot.

THIS, the 14th day of July, 2008.

                                                                     Michael T. Parker
                                                                     United States Magistrate Judge